# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA J. PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:19-cv-01235-SAB<br><br>ORDER RE CONSENT/DECLINE MAGISTRATE JUDGE JURISDICTION<br><br>FIVE DAY DEADLINE |

Vanessa J. Perez ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act.  The parties have filed their briefs which are submitted to the undersigned without a hearing pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2019 an order issued informing the parties that "[w]ithout the written consent of all parties, pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case." (ECF No. 5-1.)  The parties were ordered to file the form consenting to or denying the jurisdiction of the magistrate judge within ninety days. (Id.)  On October 16, 2019, the Commissioner filed a form consenting to the jurisdiction of the magistrate judge for all purposes in this proceeding.  Plaintiff has neither consented nor declined

magistrate judge jurisdiction.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to provide Plaintiff with a Consent to Assignment or Request for Reassignment form;

2. Within five (5) days from the date of service of this order, Plaintiff may complete and return the Consent to Assignment or Request for Reassignment form;

3. If Plaintiff does not return the Consent to Assignment or Request for Reassignment form in compliance with this order, this action will be assigned to a district judge for issuance of findings and recommendations; and

4. Plaintiff is advised that she is free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

IT IS SO ORDERED.

Dated:   **June 30, 2020**

UNITED STATES MAGISTRATE JUDGE